UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EVERETT PASLEY,

        Plaintiff,

        Case No. 1:25-cv-925

v.

        Honorable Ray Kent

MICHAEL BURGESS et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  October 21, 2025        /s/ Ray Kent
                                                                 Ray Kent
                                                                 United States Magistrate Judge